Charles (Red) WILLIAMS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 6, 1961.

William R. Forester, Barbourville, for appellant.

John B. Breckinridge, Atty. Gen., Robert L. Montague, III, Frankfort, Asst. Atty. Gen., for appellee.

PER CURIAM.

Appellant, Charles (Red) Williams was convicted in the Knox Circuit Court of selling intoxicating beverages in dry local option territory and was fined $100 and sentenced to 60 days in jail.

We have concluded that the trial court acted within the bounds of reasonable discretion when it refused to grant appellant a continuance under the circumstances shown.

The motion for appeal is overruled and the judgment stands affirmed.